**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7 UNITED STATES DISTRICT COURT

8 NORTHERN DISTRICT OF CALIFORNIA

9

10 ALEXANDER MARSHALL,
aka ALEXANDER BAILEY,                    No. C 12-0978 YGR (PR)

11          Plaintiff,                   **JUDGMENT**

12     v.

13 ALAMEDA COUNTY DISTRICT
ATTORNEY, et al.,

14

15          Defendants.
                                    /

16

17     The action having been dismissed, the Court hereby enters judgment in favor of

18 defendants.  Plaintiff shall take nothing by way of his complaint.

19     **IT IS SO ORDERED**.

20 DATED:    October 26, 2012

21                              **YVONNE GONZALEZ ROGERS**
                              **UNITED STATES DISTRICT COURT JUDGE**

22
23
24
25
26
27
28