United States District Court
For the Northern District of California

1
2
3
4
5
6
7      UNITED STATES DISTRICT COURT
8      NORTHERN DISTRICT OF CALIFORNIA
9
10  ALEXANDER MARSHALL,                    No. C 12-0978 YGR (PR)
    aka ALEXANDER BAILEY,
11                                         **JUDGMENT**
            Plaintiff,
12
         v.
13
    ALAMEDA COUNTY DISTRICT
14  ATTORNEY, et al.,
15          Defendants.
                                       /
16
17      The action having been dismissed, the Court hereby enters judgment in favor of
18  defendants. Plaintiff shall take nothing by way of his complaint.
19      **IT IS SO ORDERED**.
20  DATED:   October 26, 2012                _____
21                                            YVONNE GONZALEZ ROGERS
                                              UNITED STATES DISTRICT COURT JUDGE
22
23
24
25
26
27
28
                                                         No. C 12-0978 YGR (PR)
                                                                      JUDGMENT